IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00834-JLK

RANDY LEE GRIEBE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO STRIKE

THIS MATTER comes before the Court upon an unopposed motion by Defendant, Carolyn W. Colvin, to strike her answer and the administrative record filed on June 24, 2015 (ECF Nos. 8 and 9). It appears that Defendant inadvertently filed a duplicate of the answer and certified administrative record in this matter. The Court hereby accepts the answer and administrative record filed on June 23, 2015 (ECF Nos. 6 and 7) and strikes the duplicate answer and administrative record filed on June 24, 2014 (ECF Nos. 8 and 9). Defendant's Unopposed Motion to Strike (Doc. 10) is GRANTED.

Dated this 26th day of June, 2015.

_____
John L. Kane
Senior U.S. District Court Judge