IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-00834-WYD

RANDY L. GRIEBE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## ORDER

    THIS MATTER comes before the Court on the Notice of Dismissal [ECF Doc. No. 16], filed August 21, 2015.

    After carefully reviewing the file in this matter, I find that the above-captioned case should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), each party to bear its own fees and costs.  Accordingly, it is

    ORDERED that the above-captioned case is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs.

    Dated:  August 24, 2015

                            BY THE COURT:

                            */s/ Wiley Y. Daniel*
                            WILEY Y. DANIEL
                            SENIOR UNITED STATES DISTRICT JUDGE